IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

**TERRY RUSHING ALEXANDER,** )
)
    **Plaintiff,** )
)
**v.** ) CASE NO.:  3:18-cv-01296-HNJ
)
**COLBERT COUNTY, et al.,** )
)
    **Defendants.** )

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Terry Rushing Alexander, by and through his undersigned counsel of record and counsel for Defendants, Frank Williamson and DeShannon Bowling, by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41, stipulate that all claims against the Defendants are due to be dismissed with prejudice with the Parties bearing their own costs, attorneys' fees, and expenses. Counsel for Defendants certifies that he has the express permission and agreement of counsel for the Plaintiff to file this Joint Stipulation of Dismissal on his clients' behalf with the Court and further certifies that the Plaintiff and Defendants have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted this 10th day of August 2022.

                                    **s/Henry F. Sherrod**
                                    Henry F. (Hank) Sherrod III (ASB-1200-D63H)
                                    HENRY F. SHERROD III, P.C.

P. O. Box 606
Florence, Alabama 35631-0606
hank@alcivilrights.com
*Attorney for Plaintiff*


**s/J. Randall McNeill**
J. Randall McNeill (asb-4841-e29-j)
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101-0238
rmcneill@wmwfirm.com
*Attorney for Defendants*